**Stanley J. WESLOWSKI, Petitioner,**

v.

**OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.**

No. 03–3078.

United States Court of Appeals,
Federal Circuit.

Jan. 6, 2003.

ORDER

The petitioner having failed to file the required Statement Concerning Discrimination, it is

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.

**Diane L. DEATON, Petitioner,**

v.

**OFFICE OF PERSONNEL
MANAGEMENT,
Respondent.**

No. 03–3046.

United States Court of Appeals,
Federal Circuit.

Jan. 8, 2003.

ORDER

As corrected Feb. 7, 2003.

Petitioner having paid the required filing fee, it is ORDERED that the order of dismissal and the mandate be, and the same hereby are, VACATED and RE-CALLED, and the petition for review is REINSTATED

ORDERED that the petition for review be, and the same hereby is, DISMISSED, for failure to prosecute in accordance with the rules.